No. 76–5228. Rudolph v. Louisiana. Sup. Ct. La. Certiorari denied.

No. 76–5249. Effler v. Rose, Warden. C. A. 6th Cir. Certiorari denied.

No. 76–5250. Wilson et al. v. United States. C. A. 9th Cir. Certiorari denied.

No. 76–5251. Cole v. Estelle, Corrections Director. C. A. 5th Cir. Certiorari denied.

No. 76–5255. Thomas et al. v. United States. C. A. 9th Cir. Certiorari denied.

No. 76–5260. Johnson v. United States. C. A. 6th Cir. Certiorari denied.

No. 76–5263. Taylor v. Florida. C. A. 5th Cir. Certiorari denied.

No. 76–5268. Wilson v. United States. C. A. 9th Cir. Certiorari denied.

No. 76–5269. Estell et al. v. United States. C. A. 10th Cir. Certiorari denied.

No. 76–5273. Kenyon v. United States. C. A. 9th Cir. Certiorari denied.

No. 76–5275. Mapp v. Warden, New York State Correctional Institution for Women. C. A. 2d Cir. Certiorari denied.

No. 76–5276. Ferranto v. United States. C. A. 2d Cir. Certiorari denied.

No. 76–5277. Walker v. United States. C. A. 5th Cir. Certiorari denied.